CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
<u>Mail</u>: PO Box 262490
San Diego, CA 92196-2490
<u>Delivery</u>: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Chris Langer,**<br><br>        Plaintiff,<br><br>v.<br><br>**Stanford & 9th Enterprises, LLC,** a California Limited Liability Company; **Guadalupe Osornio Pimentel;** and Does 1-10,<br><br>        Defendants. | Case No. 2:17-CV-05668-DSF-SS<br>**PROOF OF SERVICE** |

   Please take notice that Plaintiff hereby submits the Proof of Service certifying mail service of the Order Setting Scheduling Conference onto Stanford & 9th Enteprises, LLC and Guadalupe Osornio Pimentel. Mail service was effectuated on November 2, 2017. A copy of the Proof of Service is attached hereto.

1

Proof of Service

| | | |
|---|---|---|
| 1 | Dated: November 2, 2017 | CENTER FOR DISABILITY ACCESS |
| 2 | | By: /s/ Russell Handy |
| 3 | | Russell Handy, Esq.<br>Attorneys for Plaintiff |

2

Proof of Service

# PROOF OF SERVICE
LANGER V. STANFORD & 9TH ENTERPRISES, LLC,
2:17-CV-05668-DSF-SS

I, the undersigned, am over the age of eighteen years and am resident of San Diego County, California; I am not a party to the above-entitled action; my business address is 9845 Erma Road, Suite 300, San Diego, CA 92131.

On November 2, 2017 I served the following document(s):

**ORDER SETTING SCHEDULING CONFERENCE**

Addressed to:

| Guadalupe Osornio Pimentel<br>MI DULCERIA MEXICANA<br>832 E 9TH STREET<br>LOS ANGELES, CA 90021 | Stanford & 9th Enterprises<br>Agent for Service of Process: NASSER D HAVERIM<br>MI DULCERIA MEXICANA<br>822 E 9TH ST<br>LOS ANGELES, CA 90021 |
|---|---|

☑ <u>BY MAIL:</u> I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at San Diego, California.

☐ <u>BY FACSIMILE:</u> In addition to the service by mail as set forth above, I forwarded a copy of said documents via facsimile to the listed facsimile number.

☐ <u>BY OVERNIGHT EXPRESS:</u> I caused such envelope with postage thereon fully prepaid to be placed in the Designated Overnite Express drop box at San Diego, California.

☐ <u>BY PERSONAL SERVICE:</u> I caused said documents to be personally served on all listed recipients

☐ <u>BY ELECTRONIC MAIL TRANSMISSION:</u> via email. I caused the listed documents to be electronically filed and subsequently emailed to the above recipients.

Executed on November 2, 2017, from San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Kayla Drayton