CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
<u>Mail</u>: PO Box 262490
San Diego, CA 92196-2490
<u>Delivery</u>: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Chris Langer,**<br><br>      Plaintiff,<br><br>      v.<br><br>**Stanford & 9th Enterprises, LLC, a California Limited Liability Company; Guadalupe Osornio Pimentel;** and Does 1-10,<br><br>      Defendants. | **Case No.** 2:17-cv-05668-DSF-SS<br><br>**STIPULATION TO EXTEND MEDIATION COMPLETION DATE** |

   Plaintiff, Chris Langer, and Defendants, Stanford & 9th Enterprises, LLC. And Guadalupe Osornio Pimentel, by and through their counsel of record, hereby stipulate to continue the mediation completion date in the above matter from May 1, 2018 to May 15, 2018. The parties make this stipulation as due to calendaring limitations they were unable to schedule mediation by May 1, 2018. The parties have scheduled mediation with assigned panel mediator James DeRoche for May 9, 2018, and are focusing their efforts on reaching a resolution of the matter at mediation. The parties respectfully request that the Court grant the parties' stipulation.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: April 30, 2018 | CENTER FOR DISABILITY ACCESS |
| 3 | | |
| 4 | | By: /s/ Raymond G. Ballister, Jr. |
| 5 | | Raymond G. Ballister, Jr.<br>Attorneys for Plaintiff |
| 6 | | |
| 7 | Dated: April 30, 2018 | By: /s/ Miles L. Prince |
| 8 | | Miles L. Prince<br>Attorney for Defendants |