UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Chris Langer,** | **Case No**. 2:17-cv-05668-DSF-SS |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| **Stanford & 9th Enterprises, LLC, a California Limited Liability Company; Guadalupe Osornio Pimentel;** and Does 1-10, | |
| Defendants. | |

Based on the Stipulation to Extend Mediation Completion Date executed by Plaintiff and Defendant, it is hereby ordered that the mediation completion date be continued from May 1, 2018 to May 15, 2018. The parties shall file a joint report regarding the results of the mediation by May 22, 2018.

Dated: _____

By:_____
Hon. Dale S. Fischer
United States District Judge